BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email: Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Petitioner,<br><br>                    v.<br><br>ALMA D. SANDERS,<br><br><br>                              Respondent. | **1:14-cv-01443-AWI-SKO**<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING CASE**<br><br>Taxpayer:<br>**ALMA D. SANDERS** |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons being enforced here.  The case can and should be closed.

DATED:  February 24, 2015                    Respectfully submitted,

                                                      BENJAMIN B. WAGNER
                                                      United States Attorney

                                       By:    /s/  Bobbie J. Montoya
                                                      BOBBIE J. MONTOYA
                                                      Assistant U.S. Attorney

1

1

<u>ORDER</u>

2

3

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this case.

4

5

IT IS SO ORDERED.

6

Dated:   February 24, 2015

7

SENIOR  DISTRICT  JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2